1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff  NATASHIA WILLIAMS
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

| | | |
|---|---|---|
| NATASHIA WILLIAMS, | ) | Case No.:  2:17-CV-00357 AC |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXTEND |
| | ) | BRIEFING SCHEDULE |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

17

18         TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF

19  THE DISTRICT COURT:

20         Plaintiff Natashia Williams ("Plaintiff") and defendant Nancy A. Berryhill,

21  Acting Commissioner of Social Security ("Defendant"), through their undersigned

22  counsel of record, hereby stipulate, subject to the approval of the Court, to extend

23  the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to

24  September 22, 2017; and that Defendant shall have until October 23, 2017, to file

25  her opposition.  Any reply by plaintiff will be due November 13, 2017.

26

                                   -1-

1      An extension of time is needed in order to properly address the issues within

2  the administrative record in this matter.  Counsel sincerely apologizes to the court

3  for any inconvenience this may have had upon it or its staff.

4

5  DATE: July 24, 2017        Respectfully submitted,

6                          LAW OFFICES OF LAWRENCE D. ROHLFING

                              /s/ *Steven G. Rosales*

7                          BY: _____

8                          Steven G. Rosales
                          Attorney for plaintiff NATASHIA WILLIAMS

9

10  DATED:  July 24, 2017        PHILLIP A. TALBERT
                          United States Attorney

11

12                          */S/- Daniel P. Talbert

13

14                          _____
                          Daniel P. Talbert

15                          Special Assistant United States Attorney
                          Attorney for Defendant

16                          [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2  and including September 22, 2017, in which to file Plaintiff's Motion for Summary

3  Judgment; Defendant may have an extension of time to October 23, 2017 to file

4  her opposition, if any is forthcoming.  Any reply by plaintiff will be due November

5  13, 2017.

6    IT IS SO ORDERED.

7  DATE: July 24, 2017

8    _____
   ALLISON CLAIRE
9    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26